_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 03, 2017

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  )  Case No.: 16-15996-LED
        )  Chapter 11
SEMAR VENTURES, LLC,  )
        )
    Debtor.  )  Date:  January 30, 2017
        )  Time:  9:30 a.m.
        )

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED[1]**

The court orders Semar Ventures LLC ("Debtor") to appear and show cause why this bankruptcy case should not be dismissed pursuant to Section 105(a), Section 1112(b), and LR 9010 because Debtor is not represented by counsel.

The hearing on this order to show cause will be held on **January 30, 2017, at 9:30 a.m.**, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Laurel E. Davis.

Debtor shall file a response to this order to show cause by **January 29, 2017 (5:00 p.m.)**. Any other party in interest may appear and be heard at the hearing.

**FACTS**

On November 9, 2016, Debtor filed the above-captioned bankruptcy case by and through

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the Clerk of Court. All references to "Section" shall be to provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, unless otherwise indicated. All references to "LR" are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada.

bankruptcy counsel ("Counsel").  (ECF No. 1).

On November 29, 2016, Counsel filed a Motion to Withdraw as Debtor's counsel.  (ECF No. 17).

On January 3, 2017, the court heard and granted the Motion to Withdraw.

## DISCUSSION

LR 9010 states that "[a]ny corporation, partnership, or other business entity must be represented by an attorney."

Section 1112(b)(1) states, in pertinent part, that "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause . . . ."

## CONCLUSION

Therefore, Debtor is ordered to appear and show cause why this bankruptcy case should not be dismissed pursuant to Section 105(a), Section 1112(b), and LR 9010 because Debtor is not represented by counsel.

The hearing on this order to show cause will be held on **January 30, 2017, at 9:30 a.m.**, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Laurel E. Davis.

Debtor shall file a response to this order to show cause by **January 29, 2017 (5:00 p.m.)**. Any other party in interest may appear and be heard at the hearing.

IT IS SO ORDERED.

Copy sent via BNC to:

Semar Ventures, LLC
c/o Corporate Services of America
530 South 8th St.
Las Vegas, NV 89101-7003

2

1  Semar Ventures, LLC
   PO Box 2625
2  Downey, CA 90242

### #