_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 06, 2017

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9555 S. Eastern Ave, Ste 210
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #210
Las Vegas, NV 89123

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO.: 16-15996-LED |
|---|---|
|  | CHAPTER: 11 |
| SEMAR VENTURES LLC | HEARING DATE: JANUARY 3, 2017 |
|  | HEARING TIME: 9:30 A.M. |
| Debtor(s) |  |

### ORDER RE: MOTION TO WITHDRAW AS COUNSEL

THIS MATTER having come before the Court for hearing on January 3, 2017, on the Motion to Withdraw as Counsel, Seth D. Ballstaedt representing the Ballstaedt Law Firm. No other parties appeared and/or filed objections.

The last two known address for Debtor is as follows:

1. Semar Ventures, LLC
c/o Corporate Services of America
530 South 8th St. Las Vegas
Las Vegas, NV 89101-7003

2. Semar Ventures, LLC
PO Box 2625
Downey, CA 90242

**IT IS THEREFORE ORDERED THAT**

1. Seth D. Ballstaedt, Esq. and the employees of The Ballstaedt Law Firm hereby withdraw as Attorney of Record for Debtor.

2. Any further just and equitable relief as ordered by the court.

**IT IS SO ORDERED.**

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
*Attorney for Debtor(s)*

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|

_X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

BALLSTAEDT LAW FIRM
9555 S Eastern Ave., Ste #210
Las Vegas, NV 89123