_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 11, 2017

**DYKEMA GOSSETT LLP**
Gregory K. Jones (California State Bar No. 181072)
*gjones@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

MELANIE D. MORGAN, ESQ.
Nevada Bar No.  8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

Attorneys for Creditor
THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, etc.

## UNTIED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SEMAR VENTURES LLC,<br><br>    Debtor. | Case No.: 16-15996-LED<br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY**<br><br>Date:    December 27, 2016<br>Time:    9:30 a.m.<br>Place:    Foley Federal Building<br>         300 S. Las Vegas Blvd.<br>         Las Vegas, NV  89101<br><br>Judge:    Hon. Laurel E. Davis |

{40314208;1}

ORDER GRANTING MOTION FOR RELIEF FROM STAY

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071

Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents' ("Thornburg") "Motion for Relief From Stay; Memorandum of Points and Authorities" [ECF No. 19] (the "Motion"), which was filed in the bankruptcy case of Semar Ventures LLC (the "Debtor") came on for a hearing before this Court on December 27, 2016.  In connection with the Motion, Thornburg filed the "Declaration of Gregory K. Jones in Support of Motion for Relief From Stay" [ECF No. 19-1], and the "Notice of Hearing on Relief From Stay" [ECF No. 22].  Appearances were as noted in the record.

The Notice of Hearing was served on all parties.  [ECF Nos. 23 and 25].

No opposition to the Motion was filed or made at or before the hearing.

After reviewing the paper and hearing statements of counsel, orders as set forth below.  All findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Federal Rule of Civil Procedure 52, as made applicable to this proceeding through Federal Rules of Bankruptcy Procedure 9014(c) and 7052.  Good cause appearing,

**IT IS HEREBY ORDERED:**

1.       The Motion is granted under Bankruptcy Code section 362(d)(1).  As to Thornburg, its successors, transferees and assigns, and the property located at 21 Skyridge, Newport Coast, California, the stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy estate.

2.       This order is binding and effective despite any conversion of this bankruptcy case to a case under any chapter of the Bankruptcy Code.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071

3. This Order granting the relief requested in the Motion is applicable in any case filed for the next one hundred eighty (180) days.

4. The 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

**IT IS SO ORDERED**.

Respectfully submitted by:

**AKERMAN LLP**

 /s/ *Rex D. Garner*
REX D. GARNER
Nevada State Bar No. 9401
1160 N. Town Center, 330
Las Vegas, Nevada 89144

Approved:

**SETH D BALLSTAEDT LAW**

 /s/ *Seth D. Ballstaedt*
SETH D. BALLSTAEDT
Nevada State Bar No. 11516
9555 S. Eastern Ave, Suite 210
Las Vegas, NV 89123

Counsel for Debtor

{40314208;1}
2

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**AKERMAN LLP**

 _/s/ Rex D. Garner_
REX D. GARNER
Nevada State Bar No. 9401
1160 N. Town Center, 330
Las Vegas, Nevada 89144

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CA 90071**